IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WILLIAM WELLER, | § | |
| | § | |
| Appellee-Claimant Below, | § | No. 200, 2018 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| MORRIS JAMES LLP, | § | C.A. No. N17A-08-005 FWW |
| | § | |
| Appellant-Employer Below, | § | |
| Appellee. | § | |

Submitted: October 31, 2018
Decided: November 1, 2018

Before **STRINE**, Chief Justice; **VAUGHN** and **TRAYNOR**, Justices.

## **O R D E R**

This 1st day of November 2018, we affirm the judgment of the Superior Court

on the basis of its opinion dated March 29, 2018.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] *Morris James LLP v. Weller*, 2018 WL 1611267 (Del. Super. Ct. Mar. 29, 2018).